EXHIBIT "2"


**Tiffin Motor Homes Inc.**
105 2nd Street NW
Red Bay, AL 35582
U.S.A.

Phone: (256)356-8661
Fax:     (256)356-8219
www.tiffinmotorhomes.com
Page 1 of 2
01/10/2018 13:02:56

# Invoice

| INVOICE NO | INVOICE DATE |
|---|---|
| 90693590 | 08/19/2016 |

**Retail Party :** HERSHEY SHOW

| Bill to Party : | Ship-To-Party | Floorplan |
|---|---|---|
| COLTON AUTO & RV | COLTON AUTO & RV | WELLS FARGO CDF |
| 3122 NIAGARA FALLS BLVD. | 3122 NIAGARA FALLS BLVD. | ATTN:PROCESSING-3RD FLOOR |
| N. TONAWANDA NY  14120 | N. TONAWANDA NY  14120 | HOFFMAN ESTATEIL60192 |
| USA | USA | USA |
| Phone: | | |

| ORDER NO. | ORDER DATE | BANK PO. | | | SALESMAN | DEALER NO. |
|---|---|---|---|---|---|---|
| 0000105511 | 06/14/2016 | 141447/6187 | | | NICK PALM | 0000000226 |
| SERIAL NUMBER | | VEHICLE IDENTIFICATION NO | CHASSIS | | | DEALER PRICE |
| 45OZ0105511172021 | | 4UZFCTBGXHCJA4249 | FCCC Chassis 600 HP | | | |
| PRODUCT | | PRODUCT DESCRIPTION | | | | |
| 17 45 OZ | | 45 OZ ZFR YEAR MODEL 2017 | | | | 425,000.00 |

| Line Item | Line Item Description | Quantity | Unit Price | |
|---|---|---|---|---|
| MST | MoonStone Full Body Paint | 1.000 | 0.00 | 0.00 |
| 600 | FCCC Chassis 600 HP | 1.000 | 0.00 | 0.00 |
| GNATC | Glazed Honey Nat Ch Wood Cab | 1.000 | 0.00 | 0.00 |
| SDO | Sand Dollar Interior | 1.000 | 0.00 | 0.00 |
| AC3 | (3) Lo Pro A/C's w/Heat Pump | 1.000 | 0.00 | 0.00 |
| AHS | HYD/AIR Leveling System | 1.000 | 0.00 | 0.00 |
| AWN2 | (2) Paramount Awnings | 1.000 | 0.00 | 0.00 |
| BER | Basement Refer | 1.000 | 0.00 | 0.00 |
| BTV | Bedroom TV W/SOUNDBAR | 1.000 | 0.00 | 0.00 |
| CHSL | UL Lthr L-Shaped Sofa DS | 1.000 | 1,200.00 | 1,200.00 |
| DCWSP | Din Computer Workstation PS | 1.000 | 0.00 | 0.00 |
| DN | In Dash Navigation System | 1.000 | 0.00 | 0.00 |
| DW | Dishwasher- Drawer Type | 1.000 | 0.00 | 0.00 |
| EGEL | Ext Ground Effect Lighting | 1.000 | 0.00 | 0.00 |
| ENTP | Entert Center W/Lux Rclnr PS | 1.000 | 2,000.00 | 2,000.00 |
| ER | Res Refrig | 1.000 | 0.00 | 0.00 |
| EST1 | 1 Elect Slide Tray | 1.000 | 0.00 | 0.00 |
| EUSL | External Under Slide Out Light | 1.000 | 0.00 | 0.00 |
| FP | Fireplace | 1.000 | 500.00 | 500.00 |
| HTF | Heated Tile Floor | 1.000 | 0.00 | 0.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 432,200.00 |
| Discount Applied | | 0.00 |
| **TOTAL AMOUNT DUE** | | **432,200.00** |

*We Appreciate Your Business!*

This vehicle contains composite wood products that comply with the applicable California Code of Regulation Section 93120 Phase 1 or Phase 2 Formaldehyde emission standards specified on the above date of manufacture.



**Tiffin Motor Homes Inc.**
105 2nd Street NW
Red Bay, AL 35582
U.S.A.

Phone: (256)356-8661
Fax: (256)356-8219
www.tiffinmotorhomes.com

# Invoice

| INVOICE NO | INVOICE DATE |
|---|---|
| 90693590 | 08/19/2016 |

**Retail Party :** HERSHEY SHOW

| Bill to Party : | Ship-To-Party | Floorplan |
|---|---|---|
| COLTON AUTO & RV | COLTON AUTO & RV | WELLS FARGO CDF |
| 3122 NIAGARA FALLS BLVD. | 3122 NIAGARA FALLS BLVD. | ATTN:PROCESSING-3RD FLOOR |
| N. TONAWANDA NY 14120 | N. TONAWANDA NY 14120 | HOFFMAN ESTATEIL60192 |
| USA | USA | USA |
| Phone: | | |

| ORDER NO. | ORDER DATE | BANK PO. | | SALESMAN | DEALER NO. |
|---|---|---|---|---|---|
| 0000105511 | 06/14/2016 | 141447/6187 | | NICK PALM | 0000000226 |
| SERIAL NUMBER | VEHICLE IDENTIFICATION NO | CHASSIS | | | DEALER PRICE |
| 45OZ0105511172021 | 4UZFCTBGXHCJA4249 | FCCC Chassis 600 HP | | | |
| PRODUCT | PRODUCT DESCRIPTION | | | | |
| 17 45 OZ | 45 OZ ZFR YEAR MODEL 2017 | | | | 425,000.00 |

| Line Item | Line Item Description | Quantity | Unit Price | |
|---|---|---|---|---|
| HYD | Hydraunic Heating System | 1.000 | 0.00 | 0.00 |
| LCDG | Exterior LCD TV W/SOUNDBAR | 1.000 | 0.00 | 0.00 |
| LCDTV | Front OH TV | 1.000 | 0.00 | 0.00 |
| LL | Light Leather | 1.000 | 0.00 | 0.00 |
| LLB | Extended Cycle Batteries | 1.000 | 0.00 | 0.00 |
| MOT | In Motion Lo Pro Sat Dish | 1.000 | 0.00 | 0.00 |
| NOPW | Solid Non-Opening WDW PS | 1.000 | 0.00 | 0.00 |
| PRE | Prewire Wineguard Traveler Sat | 1.000 | 0.00 | 0.00 |
| SAFE | Safe-located in Bedroom | 1.000 | 0.00 | 0.00 |
| SCK | Select Comfort Mattress KING | 1.000 | 0.00 | 0.00 |
| SD | Subwoofer In Dash | 1.000 | 0.00 | 0.00 |
| SLHC | Heat/Cool DS/PS Seats w/Lumbar | 1.000 | 0.00 | 0.00 |
| SOL2 | (2) Solar Panels | 1.000 | 0.00 | 0.00 |
| SUR | Surround Sound | 1.000 | 0.00 | 0.00 |
| SWD | Stacked Washer/Dryer | 1.000 | 0.00 | 0.00 |
| WCTM | Wolf Cooktop Upgrade | 1.000 | 0.00 | 0.00 |
| ULT | Ultrasteer | 1.000 | 3,500.00 | 3,500.00 |
| STC | STD Cabinet Finish | 1.000 | 0.00 | 0.00 |
| S200 | | 1.000 | 0.00 | 0.00 |

| | |
|---|---|
| SUBTOTAL | 432,200.00 |
| Discount Applied | 0.00 |
| TOTAL AMOUNT DUE | 432,200.00 |

*We Appreciate Your Business!*

This vehicle contains composite wood products that comply with the applicable California Code of Regulation Section 93120 Phase 1 or Phase 2 Formaldehyde emission standards specified on the above date of manufacture.